OPINION — AG — THAT UNLESS A LAW IS ENACTED (THIS DATE: AUGUST 8, 1979 . . . BOY IS IT HOT TODAY) BY THE OKLAHOMA LEGISLATURE AUTHORIZING THE OKLAHOMA AERONAUTICS COMMISSION TO EXECUTE OIL AND GAS LEASES ON THE GROUNDS OF THE AIRPORT MENTIONED BY YOU, AND PROVIDING PROCEDURE THEREFOR AND FOR THE DISPOSITION OF THE CONSIDERATION RECEIVED FOR SUCH LEASES, SAID COMMISSION IS WITHOUT AUTHORITY TO EXECUTE OIL AND GAS LEASES ON THE AIRPORT INVOLVED HERE. CITE: 3 O.S. 1963 Supp., 81-91 [3-81] — [3-91], 3 O.S. 1963 Supp., 85 [3-85], 74 O.S. 1961 97 [74-97], 74 O.S. 1961 98 [74-98] 74 O.S. 1961 107 [74-107], 74 O.S. 1961 360.1 [74-360.1] 64 O.S. 1961 92 [64-92], 64 O.S. 1961 285 [64-285] 74 O.S. 1961 85.9 [74-85.9] (FRED HANSEN)